780

## HARRISON v. STATE.
### No. 21887.

Court of Criminal Appeals of Texas.

Feb. 4, 1942.

Elbert Boynton, of Austin, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for burglary, punishment being two years in the penitentiary.

We find neither statement of facts nor bills of exception in the record. The indictment properly charges the offense. Nothing is presented for review.

The judgment is affirmed.